DOCUMENTS UNDER SEAL ☐

DOCUMENT NUMBER:

| MAGISTRATE JUDGE **MINUTE ORDER** | DEPUTY CLERK Ivy Lerma Garcia | REPORTER/FTR FTR 5/11/07  10:42:58-10:57:02 | |
|---|---|---|---|
| MAGISTRATE JUDGE HON. WAYNE D. BRAZIL | DATE 5/11/07 | NEW CASE ☐ | CASE NUMBER 4-07-70273-WDB |

## APPEARANCES

| DEFENDANT ALLEN RANDLE | AGE | CUST Yes | P/NP P | ATTORNEY FOR DEFENDANT Joyce Leavitt | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY Bryan Whittaker | | INTERPRETER None | | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D |
| PROBATION OFFICER None | | PRETRIAL SERVICES OFFICER Amy Berthelsen | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |

## PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD   TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR ON time 15 Mins  RULE 5 HELD | ☐ PRELIM HRG time | ☐ MOTION time | ☐ JUGM'T & SENTG time | ☐ STATUS time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL time | ☐ ARRAIGNMENT time | ☐ BOND SIGNING time | ☐ IA REV PROB. or S/R time | ☐ BAIL REVIEW time |
| ☐ DETENTION HRG time | ☐ ID/REMOVAL HRG time | ☐ CHANGE PLEA time | ☐ PROB. REVOC. time | ☐ SUP REL HRG time |

## INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS 5/11/07 | ☒ ADVISED OF CHARGES 5/11/07 | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**

MAY 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH    $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

## CONTINUANCE

| TO: 5/14/07 | ☒ APPOINT COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIALSET |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☒ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☒ BAIL REVIEW HEARING |
| BEFORE HON. WAYNE D. BRAZIL | ☐ DETENTION HEARING | ☐ ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☒ STATUS RE: IDENTITY/ REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

## ADDITIONAL PROCEEDINGS

Upon the recomm. of the govt's atty., the Court agreed to release the deft. to Cornell Corrections Halfway House over the weekend.  The Court ordered that the U.S. Marshal shall release from his custody the deft. forthwith.  Upon release from custody, the deft. must report to Pret. Svcs. to get instructions on how to report to the halfway house.  The deft. must comply with all the rules & regulations of the halfway house & may only leave the halfway house as directed by Pret. Svcs.  The Court will revisit the issue re: deft's terms & conditions of release on 5/14/07.  The Court asked the govt's atty. to check with the prosecutor assigned to the deft's case in Eastern Dist. of CA if there will be overlapping evid. in this case with 4-07-70272-WDB and 4-07-70274-WDB which could result in the Fed. Public Defender's Office in having a conflict with regards to the representation of the deft.

cc:  WDB's Stats,  Pretrial