RECEIVED
UNITED ...

2007 MAY 11 PM 1: 29

FILED

MAY 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALLEN RANDLE,

    Defendant.

No. 4-07-70273-WDB

**ORDER RE: RELEASE OF THE DEFENDANT TO THE HALFWAY HOUSE OVER THE WEEKEND PENDING BAIL REVIEW HEARING ON MAY 14, 2007**

Upon the recommendation of the Assistant United States Attorney Bryan Whittaker, the Court hereby enters the following Orders:

IT IS HEREBY ORDERED that the United States Marshal release from his custody defendant Allen Randle **forthwith.** Upon release from custody, the defendant shall be placed under Pretrial Services supervision. He must report immediately to their Office upon his release from custody to get instructions on how to report to Cornell Corrections Halfway House in Oakland, California where he is going to reside over the weekend. The defendant must comply with the rules and regulations of the halfway house and may leave the halfway house only as directed by Pretrial Services.

IT IS FURTHER ORDERED that the defendant must appear before this Court on Monday, May 14, 2007 at 10:00 a.m. for Bail Review Hearing.

IT IS SO ORDERED.

Dated: 5-11-07

WAYNE D. BRAZIL
United States Magistrate Judge

cc: All parties via ECF, WDB's Stats, Pretrial, 2 certified copies to Marshal

caption.frm     1