| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE** <br> **MINUTE ORDER** | DEPUTY CLERK <br> Ivy Lerma Garcia | REPORTER/FTR <br> FTR 5/29/07  10:05:45-10:15:47 | |
| MAGISTRATE JUDGE <br> HON. WAYNE D. BRAZIL | DATE <br> 5/29/07 | NEW CASE <br> ☐ | CASE NUMBER <br> 4-07-70273-WDB |

## APPEARANCES

| DEFENDANT <br> ALLEN RANDLE | AGE | CUST <br> No | P/NP <br> P | ATTORNEY FOR DEFENDANT <br> Joyce Leavitt | PD. ☒ RET. ☐ <br> APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY <br> Bryan Whittaker | INTERPRETER <br> None | | ☐ FIN. AFFT <br> SUBMITTED | ☐ | COUNSEL APPT'D |
| PROBATION OFFICER <br> None | PRETRIAL SERVICES OFFICER <br> Taifa Gaskins | | DEF ELIGIBLE FOR ☐ <br> APPT'D COUNSEL | PARTIAL PAYMENT ☐ <br> OF CJA FEES | |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD   TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR <br> time | ☐ PRELIM HRG <br> time | ☐ MOTION <br> time | ☐ JUGM'T & SENTG <br> time | ☒ STATUS <br> time 10 Mins HELD |
|---|---|---|---|---|
| ☐ I.D. COUNSEL <br> time | ☐ ARRAIGNMENT <br> time | ☐ BOND SIGNING <br> time | ☐ IA REV PROB. or <br> S/R <br> time | ☐ BAIL REVIEW <br> time |
| ☐ DETENTION HRG <br> time | ☐ ID/REMOVALHRG <br> time | ☐ CHANGE PLEA <br> time | ☐ PROB. REVOC. <br> time | ☐ SUP REL HRG <br> time |

### INITIAL APPEARANCE

| ☐ ADVISED <br> OF RIGHTS | ☐ ADVISED <br> OF CHARGES | ☐ NAME AS CHARGED <br> IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

**FILED**

MAY 2 9 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

| ☐ ARRAIGNED ON <br> INFORMATION | ☐ ARRAIGNED ON <br> INDICTMENT | ☐ READING WAIVED <br> SUBSTANCE | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

### RELEASE

| ☐ RELEASED <br> ON O/R | ☐ ISSUED <br> APPEARANCE BOND | AMT OF SECURITY <br> $ | SPECIAL NOTES | ☐ PASSPORT <br> SURRENDERED <br> DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED <br> ☐ CASH    $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☐ MOTION <br> FOR <br> DETENTION | ☐ PRETRIAL <br> SERVICES <br> REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING <br> AND FORMAL FINDINGS <br> WAIVED | ☐ REMANDED <br> TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT <br> ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE <br> REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT <br> FILED | OTHER: |

### CONTINUANCE

| TO: <br> 6/26/07 | ☐ I.D. COUNSEL | ☐ BOND <br> SIGNING | ☐ STATUS RE: <br> CONSENT | ☒ STATUS/TRIALSET <br> RE: RULE 20 TRANSFER |
|---|---|---|---|---|
| AT: <br> 10:00 a.m. | ☐ SUBMIT FINAN. <br> AFFIDAVIT | ☐ PRELIMINARY <br> HEARING OR | ☐ CHANGE OF <br> PLEA | ☐ BAIL REVIEW |
| BEFORE HON. <br> WAYNE D. BRAZIL | ☐ DETENTION <br> HEARING | ARRAIGN- <br> MENT | ☐ MOTIONS | ☐ JUDGMENT & <br> SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE <br> UNDER 18 § USC <br> 3161 | ☐ IDENTITY/ <br> REMOVAL | ☐ PRETRIAL <br> CONFERENCE | ☐ PROB/SUP.REL. <br> REV. HEARING |

### ADDITIONAL PROCEEDINGS

The deft's atty. told Court that the deft. is interested in Rule 20 Transfer of his pending case in the Eastern Dist. of California, Fresno in this district. The deft's court appear. previously set on 5/25/07 at 1:30 p.m. bef. the Gen. Duty Mag. in Eastern Dist. of California was continued to 6/8/07 at 1:00 p.m. bef. Gen. Duty Mag. Judge Sandra M. Snyder pursuant to the parties' Stipulation. AUSA Stan Boone, prosecutor assigned to the deft's case in Fresno, will consider the Rule 20 Transfer of the deft's case in this district. The deft's atty. will submit a proposed Order to the Court asking that the U.S. Marshal provide a 1-way non-custodial transportation to the deft. to travel to the Eastern Dist. of CA to appear in court on 6/8/07.
cc: WDB's Stats