UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff(s),                      No. 4-07-70273-WDB

  v.                                  **CLERK'S NOTICE**

ALLEN RANDLE,

       Defendant(s).
_____/

**You are hereby notified that** pursuant to the unavailability of Magistrate Judge Wayne D. Brazil on Wednesday, August 29, 2007, the Further Status Hearing Re: Rule 20 as to the above entitled case has been rescheduled to **Thursday, August 30, 2007 at 10:00 a.m.** before Magistrate Judge Wayne D. Brazil.

                                          Richard W. Weiking
                                          Clerk, U.S. District Court

                                          */s/ Ivy L. Garcia*
                                          by: Ivy L. Garcia
                                          Courtroom Deputy of
                                          Magistrate Judge Wayne D. Brazil

                                          Dated: August 28, 2007

cc: Copies to parties via ECF, Pretrial Services